**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Debra F Taylor** | Social Security number or ITIN   xxx–xx–5484 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **14–21029**

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Debra F Taylor

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

March 12, 2019

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W   **Chapter 13 Discharge**   page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-21029-JSB
Debra F Taylor                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Mar 12, 2019
                              Form ID: 3180W          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
```
db          +Debra F Taylor,    156 Bellwood Avenue,    Bellwood, IL 60104-1229
22067348    +Bank of America, N.A.,    c/o The Wirbicki Law Group, LLC,    33 W. Monroe St., Ste.1140,
              Chicago, IL 60603-5332
22377091    +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
22016038    +Chase Auto Finance,    P.O. Box 9001937,    Louisville, KY 40290-1937
22016040    +Gateway Foundation,    400 Mercy Lane,    Aurora, IL 60506-2447
22016041    +Hometown Homeowners Assoc,    1721 Town Center St, Suite 103,    Aurora, IL 60504-4420
22016042    +IL Tollway,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22118725     JPMorgan Chase Bank, N.A. National Bankruptcy Depa,    P.O. Box 29505 AZ1-1191,
              Phoenix, AZ 85038-9505
22310052    +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,
              2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
22016044     US Department of Education,    National Payment Center,    P.O. Box 105081,
              Atlanta, GA 30348-5081
22016045    +Village of Bellwood,    3200 Washington Blvd.,    Bellwood, IL 60104-1984
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22016033    +EDI: PHINHARRIS Mar 13 2019 05:49:00    Arnold Scott Harris, PC,
              111 W Jackson Blvd, Suite 600,    Chicago, IL 60604-3517
22016034    +EDI: BANKAMER.COM Mar 13 2019 05:49:00    BAC Home Loans Servicing,    P.O. Box 650070,
              Dallas, TX 75265-0070
22311577    +EDI: BANKAMER.COM Mar 13 2019 05:49:00    Bank of America, N.A.,    Attn: Bankruptcy Dept.,
              Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
22016035    +EDI: TSYS2.COM Mar 13 2019 05:48:00    Barclays Bank Delaware,    PO Box 8803,
              Wilmington, DE 19899-8803
22016036    +EDI: CAPITALONE.COM Mar 13 2019 05:49:00    Cap One,    PO Box 30281,
              Salt Lake City, UT 84130-0281
22016037    +EDI: CAPONEAUTO.COM Mar 13 2019 05:49:00    Capital One Auto Finance,    3905 N. Dallas Pkwy,
              Plano, TX 75093-7892
22050064    +EDI: AIS.COM Mar 13 2019 05:48:00    Capital One Auto Finance c/o AIS,
              Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital Group,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
22016039     EDI: CRFRSTNA.COM Mar 13 2019 05:48:00    Credit First N.A./Firestone,    PO Box 81344,
              Cleveland, OH 44188-0344
22217532    +EDI: CRFRSTNA.COM Mar 13 2019 05:48:00    Credit First NA,    Po Box 818011,
              Cleveland, OH 44181-8011
22016043    +E-mail/Text: karaiza@mcsicollections.com Mar 13 2019 02:20:56    MCSI,    7330 College Dr,
              Palos Heights, IL 60463-1186
22459628     EDI: PRA.COM Mar 13 2019 05:48:00    Portfolio Recovery Associates, LLC,
              successor to CAPITAL ONE, NA,    PO Box 41067,    Norfolk, VA 23541
22665794     EDI: ECMC.COM Mar 13 2019 05:48:00    US Department of Education,    P O Box 16448,
              St Paul, MN 55116-0448
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: arodarte             Page 2 of 2            Date Rcvd: Mar 12, 2019
                               Form ID: 3180W             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
          Edwin L Feld    on behalf of Debtor 1 Debra F Taylor notice@edfeldlaw.com,
           efeld@edfeldlaw.com;felder44800@notify.bestcase.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Michael  Dimand    on behalf of Creditor    BANK OF AMERICA, N.A. mdimand@aol.com,
           bankruptcyfilings@wirbickilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4